James Weiler, AZ Bar No. 034371
**WEILER LAW PLLC**
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
Tel & Fax: 480.442.3410
jweiler@weilerlaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Rachael Gilburd,** an Arizona Resident; **Andrew Gebhart,** an Arizona Resident**; Daniel Featherstone**, an Arizona Resident; **Derek Martin**, an Arizona Resident; **Angela McGuire**, an Arizona Resident; **Kori Morin**, an Arizona Resident, **Katherine Redas**, an Arizona Resident, **Erin Salava**, an Arizona Resident; **David Vallejo**, a Michigan Resident; and **Nick Vincent**, an Arizona Resident, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>**Rocket Mortgage, LLC,** a Michigan limited liability company;<br><br>Defendant. | Case No.: 2:23-CV-00010-DLR<br><br>**NOTICE OF FILING OPT-IN CONSENT FORM**<br><br>**(Assigned to the Hon. Douglas L. Rayes)** |

Notice is hereby given that on February 16, 2023, Plaintiffs' counsel filed with the Clerk of the U.S. District Court of the District of Arizona, Consent to Join (attached as "**Exhibit A**") for opt-in members Brett Baker, Adam Hall, and Clarissa Paschall.

RESPECTFULLY SUBMITTED March 3, 2023.

**WEILER LAW PLLC**

By: /s/ James Weiler
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2023, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System. All counsel of record are registrants and are therefore served via this filing and transmittal.

/s/ Olivia Reilly