J. Greg Coulter (State Bar No. 016890)
Jamie M. Leach (State Bar No. 037551)
Allan S. Rubin (Admitted Pro Hac Vice)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Greg.Coulter@jacksonlewis.com
Jamie.Leach@jacksonlewis.com
Allan.Rubin@jacksonlewis.com

John Doran (State Bar No. 012112)
Craig Morgan (State Bar No. 023373)
**SHERMAN & HOWARD LLC**
2555 E. Camelback Road, Suite 1050
Phoenix, AZ 85016
Telephone: (602) 240-3000
jdoran@shermanhoward.com
cmorgan@shermanhoward.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Rachael Gilburd,** an Arizona Resident; **Andrew Gebhart,** an Arizona Resident**;** **Daniel Featherstone**, an Arizona Resident; **Derek Martin**, an Arizona Resident; **Angela McGuire**, an Arizona Resident; **Kori Morin**, an Arizona Resident, **Katherine Redas**, an Arizona Resident, **Erin Salava**, an Arizona Resident; **David Vallejo**, a Michigan Resident; and **Nick Vincent**, an Arizona Resident, Individually and on Behalf of All Others Similarly Situated, <br><br>             Plaintiffs, <br><br> *v.* <br><br> **Rocket Mortgage, LLC,** a Michigan limited liability company, <br><br>             Defendant. | Case No:  2:23-cv-00010-DLR <br><br> **STIPULATION FOR STAY OF PROCEEDINGS AND TOLLING OF STATUTE OF LIMITATIONS** |

|   |   |
|---|---|
| 1 | Counsel for Plaintiffs and Defendant (together, the "Parties") have been engaged in meet and confer discussions over notice as required by the Court's December 7, 2023 Order. During the meet and confer discussions, the parties have agreed to engage in mediation in an attempt to resolve the matter prior to notice. |

Accordingly, the Parties jointly request that the Court stay all dates and deadlines in this case pending mediation as of the date of this stipulation. The parties will notify the Court of the selected mediator and mediation date on or before January 12, 2024. If the parties are able to select a mediator and a mediation date, the statute of limitations will be tolled through the date of mediation. If the date of mediation or the mediator changes, the parties will promptly advise the Court.

If the Parties are unable to agree either on a mediation date or a mediator by January 12, 2024 the Parties will advise the Court of that fact and will provide the supplemental briefing and proposed notice—including any joint notice form and agreement on the notice method, the opt-in period, and Defendant's production of class members' names and last known addresses—as required by the Court's Order of December 7, 2023 (Dkt. No. 76) by January 19, 2024, and the statute of limitation shall remain tolled through that date.

The purpose of this stipulation is to attempt reach a negotiated settlement through mediation, and reduce litigation expenses; thus, good cause exists for the stipulation. If such a resolution is reached, the Parties will file a notice of settlement. If such resolution is not reached, the Parties will inform the Court of such. Nothing in this stipulation is intended to waive Plaintiffs' and putative class members rights to file a future motion to toll the statute of limitations or Defendants right to oppose it. A form of Order is attached.

DATED this December 20, 2023.

**JACKSON LEWIS P.C.**

By: /s/ *J. Greg Coulter*
    J. Greg Coulter
    Jamie M. Leach
    Allan S. Rubin
    Attorneys for Defendant

WEILER LAW PLLC

By: James Weiler (with permission)
    James Weiler
    Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

James Weiler, AZ Bar No. 034371
**WEILER LAW PLLC**
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
jweiler@weilerlaw.com
Attorney for Plaintiffs

By: /s/ *Amalia Tafoya*

4874-7466-6392, v. 2

4