UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Rachael Gilburd,** an Arizona Resident; **Andrew Gebhart,** an Arizona Resident; **Daniel Featherstone**, an Arizona Resident; **Derek Martin**, an Arizona Resident; **Angela McGuire**, an Arizona Resident; **Kori Morin**, an Arizona Resident, **Katherine Redas**, an Arizona Resident, **Erin Salava**, an Arizona Resident; **David Vallejo**, a Michigan Resident; and **Nick Vincent**, an Arizona Resident, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**Rocket Mortgage, LLC,** a Michigan limited liability company,<br><br>Defendant. | Case No: 2:23-cv-00010-DLR<br><br>**[PROPOSED] ORDER** |

The Court having reviewed the Parties' Stipulation for Stay of Proceedings Pending Mediation and Tolling of Statute of Limitations, and good cause appearing,

IT IS HEREBY ORDERED that the Parties have until January 12, 2024, to notify the Court of the selected mediator and mediation date. Pending mediation, all dates and deadlines shall be stayed and the statute of limitation shall be tolled through the date of mediation.

1  IT IS FURTHER ORDERED that if the parties cannot agree on a mediator or mediation date by January 12, 2024 the Parties will advise the Court of that fact and will file any supplemental briefing and proposed notice—including any joint notice and agreement on the notice method, the opt-in period, and Defendant's production of class members' names and last known addresses—as required by the Court's Order of December 7, 2023 (Dkt. No. 76) by January 19, 2024, and the statute of limitation shall remain tolled through that January 19, 2024 at which time the stay will be lifted.

4865-2282-1784, v. 2