J. Greg Coulter (State Bar No. 016890)
Jamie M. Leach (State Bar No. 037551)
Allan S. Rubin (Pro Hac Vice Pending)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Greg.Coulter@jacksonlewis.com
Jamie.Leach@jacksonlewis.com
Allan.Rubin@jacksonlewis.com

John Doran (State Bar No. 012112)
Craig Morgan (State Bar No. 023373)
**SHERMAN & HOWARD LLC**
2555 E. Camelback Road, Suite 1050
Phoenix, AZ 85016
Telephone: (602) 240-3000
jdoran@shermanhoward.com
cmorgan@shermanhoward.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Rachael Gilburd,** an Arizona Resident; **Andrew Gebhart,** an Arizona Resident**; Daniel Featherstone**, an Arizona Resident; **Derek Martin**, an Arizona Resident; **Angela McGuire**, an Arizona Resident; **Kori Morin**, an Arizona Resident, **Katherine Redas**, an Arizona Resident, **Erin Salava**, an Arizona Resident; **David Vallejo**, a Michigan Resident; and **Nick Vincent**, an Arizona Resident, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>*v.*<br><br>**Rocket Mortgage, LLC,** a Michigan limited liability company,<br><br>       Defendant. | Case No:  2:23-cv-00010-DLR<br><br>**JOINT STATUS REPORT REGARDING ECF NO. 80** |

1  Pursuant to ECF No. 80, the parties file this status report to advise the Court that the parties have selected the Hon. Wayne Anderson, United States District Court Judge (Ret.) as the mediator. (See https://www.jamsadr.com/andersen/). The parties are in the process of securing a mediation date and will file a supplemental status report with the Court on or before January 19, 2024 advising the Court of the date of mediation.

Subject to approval by the Court, the parties request that the date for the filing of supplemental briefing and proposed notice, if the parties are unable to agree on a mediation date, as required by ECF No. 80, be continued from January 19 to January 26, 2024.

DATED: January 11, 2024

JACKSON LEWIS P.C.

By: /s/ *J. Greg Coulter*
     J. Greg Coulter
     Jamie M. Leach
     Allan S. Rubin
     Attorneys for Defendant

WEILER LAW PLLC

By: */s/ James Weiler* (with permission)
     James Weiler
     Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

James Weiler
**WEILER LAW PLLC**
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
jweiler@weilerlaw.com
Attorneys for Plaintiffs

By: /s/ Amalia Tafoya

4855-9042-7030, v. 3