J. Greg Coulter (State Bar No. 016890)
Jamie M. Leach (State Bar No. 037551)
Allan S. Rubin (Pro Hac Vice Pending)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Greg.Coulter@jacksonlewis.com
Jamie.Leach@jacksonlewis.com
Allan.Rubin@jacksonlewis.com

John Doran (State Bar No. 012112)
Craig Morgan (State Bar No. 023373)
**SHERMAN & HOWARD LLC**
2555 E. Camelback Road, Suite 1050
Phoenix, AZ 85016
Telephone: (602) 240-3000
jdoran@shermanhoward.com
cmorgan@shermanhoward.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Rachael Gilburd,** an Arizona Resident; **Andrew Gebhart,** an Arizona Resident**; Daniel Featherstone**, an Arizona Resident; **Derek Martin**, an Arizona Resident; **Angela McGuire**, an Arizona Resident; **Kori Morin**, an Arizona Resident, **Katherine Redas**, an Arizona Resident, **Erin Salava**, an Arizona Resident; **David Vallejo**, a Michigan Resident; and **Nick Vincent**, an Arizona Resident, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>*v.*<br><br>**Rocket Mortgage, LLC,** a Michigan limited liability company,<br><br>          Defendant. | Case No:  2:23-cv-00010-DLR<br><br>**JOINT STATUS REPORT REGARDING ECF NO. 80** |

1. Pursuant to ECF No. 80, the parties file this status report to advise the Court that the parties participated in mediation on April 18, 2024 with Hon. Wayne Anderson, United States District Court Judge (Ret.) serving as the mediator. (See https://www.jamsadr.com/andersen/). At mediation the parties reached a tentative resolution. The parties are preparing settlement documents and anticipate submission of same to the court within the next 21-days. If the parties have not submitted settlement documents by May 17, 2024, the parties will file a supplemental report advising the Court of the status of the settlement documents.

Subject to approval by the Court, the parties request that all dates remain stayed until the parties submit settlement documents or advise the Court they have reached an impasse.

DATED: April 25, 2024

JACKSON LEWIS P.C.

By: /s/ *J. Greg Coulter*
    J. Greg Coulter
    Jamie M. Leach
    Allan S. Rubin
    Attorneys for Defendant

WEILER LAW PLLC

By: */s/ James Weiler* (with permission)
    James Weiler
    Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

James Weiler
**WEILER LAW PLLC**
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
jweiler@weilerlaw.com
Attorneys for Plaintiffs

By: /s/ Amalia Tafoya

4892-9926-5209, v. 2