James Weiler, AZ Bar No. 034371
**WEILER LAW PLLC**
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
Tel & Fax: 480.442.3410
jweiler@weilerlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Rachael Gilburd,** an Arizona Resident; **Andrew Gebhart,** an Arizona Resident**; Daniel Featherstone**, an Arizona Resident; **Derek Martin**, an Arizona Resident; **Angela McGuire**, an Arizona Resident; **Kori Morin**, an Arizona Resident, **Katherine Redas**, an Arizona Resident, **Erin Salava**, an Arizona Resident; **David Vallejo**, a Michigan Resident; and **Nick Vincent**, an Arizona Resident, Individually and on Behalf of All Others Similarly Situated<br><br>                Plaintiffs,<br><br>       v.<br><br>**Rocket Mortgage, LLC,** a Michigan limited liability company;<br><br>                Defendant. | **Case No.: 2:23-CV-00010-DLR**<br><br>**NOTICE OF SETTLEMENT**<br><br>**(Assigned to the Hon. Douglas L. Rayes)** |

Notice is hereby given that on April 18, 2024, the Parties participated in a settlement mediation with Hon. Wayne Anderson, United States District Court Judge (Ret.) serving as the mediator. During that mediation the Parties have reached a settlement in the above captioned matter. The attached settlement agreement signed by the Parties is attached hereto as **Exhibit A**. The Proposed Notice is attached hereto as **Exhibit B**.

Therefore, because a settlement has been reached, the Parties respectfully ask the Court to enter the attached Proposed Order.

RESPECTFULLY SUBMITTED May 17, 2024.

**WEILER LAW PLLC**

By: /s/ James Weiler
   5050 N. 40th St., Suite 260
   Phoenix, AZ 85018
   Attorneys for Plaintiffs

**JACKSON LEWIS PC**

By: /s/ Allan Rubin *(w/ permission)*
   2111 E. Highland Ave., Suite B-250
   Phoenix, AZ 85016
   Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2024, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System. All counsel of record are registrants and are therefore served via this filing and transmittal.

/s/ Olivia Reilly