# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rachael Gilburd, et al., | No. CV-23-00010-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| Rocket Mortgage LLC, | |
| Defendant. | |

This matter is before the Court on the parties' Joint Motion to Approve Settlement and for Dismissal (Doc. 89), and the Settlement Agreement and Release ("Settlement Agreement") and Proposed Notice attached thereto.

**IT IS HEREBY ORDERED** that after (1) reviewing the pleading and papers on file, (2) reviewing the parties' Settlement Agreement, and (3) having been advised that the settlement was reached through arms-length negotiations with the assistance of a retired federal judge who served as a mediator, the Court concludes the settlement is fair, reasonable, and otherwise satisfies the criteria for approval of settlements under Section 216(b) of the Fair Labor Standards Act, 29 U.S.C. §201 *et seq*. Accordingly, the parties joint motion (Doc. 89) is **GRANTED**. The Court approves the Settlement, the Settlement Agreement, and Notice of Settlement.

**IT IS FURTHER ORDERED** that the Parties shall reasonably cooperate with one another to ensure that the settlement is implemented according to its terms and conditions.

**IT IS FURTHER ORDERED** that any Eligible Employee (as defined in the Settlement Agreement) who endorses their Settlement Check shall be deemed a Participating Plaintiff (as defined in the Settlement Agreement), consented to join this case, and shall have released the claims described in the Settlement Agreement.

**IT IS FURTHER ORDERED** that the Settlement Administrator shall take all actions required of it under the Settlement Agreement, including distribution of the settlement notice and settlement funds. After administration, the Settlement Administrator shall provide the Parties with copies of all endorsed settlement checks and a list of Participating Plaintiffs, which the Parties shall file with the Court, and which shall serve as the Participating Plaintiffs' consent to join this action.

**IT IS FURTHER ORDERED** that the Lawsuit is dismissed with prejudice and without cost or attorney fees except as provided for in the Settlement Agreement. The Court retains jurisdiction to enforce the terms of the Settlement Agreement, including any aspects of settlement administration, or the terms of this Order.

Dated this 12th day of June, 2024.

Douglas L. Rayes
United States Senior District Judge