THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIVIL 5.4
(Rule Number/Section)

Natalie Lekishvili
1100 Valley Rd
Rydal, Pa 19046

```
✓ FILED        ___ LODGED
___ RECEIVED   ___ COPY
     OCT 0 7 2024
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

9/29/2024

United States District Court
District of Arizona
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ  85003-2118

CV-23-00010-PHX-DLR

**Re: Rachel Gilburd et al, vs, Rocket Mortgage, LL, case #2:23cv-000100-DLR**

Dear Judge Douglas L Rayes,

I am responding to a letter and check I received regarding the case referenced above. I am writing to state my objection to the case due to unfair and inaccurate compensation. After review of my paystubs during the period of employment from 3/2020 to 12/2020 as a mortgage banker with Rocket Mortgage, I noted the overtime rate and amount was not accurately calculated and paid during this period. The check for $95.95, I received is inaccurate and unfair and thus violates my rights under the Fair Labor Standards Act.

I request fair and accurate compensation that is due to me under the Fair Labor Standards Act.

I look forward to hearing from you regarding my objection and resolution to this matter.

Sincerely,

Natalie Lekishvili